UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.: 22-10159-KKS
Chapter 13

In re : Tanaka Latrice Wooden,
    Debtor(s).

_____/

## MOTION TO APPROVE SETTLEMENT BETWEEN DEBTOR & 3RD PARTY

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARING**
>
> **Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within [21] days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**
>
> **If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, India Footman, Esq., Footman Law Firm, P.A., 1345 Cross Creek Circle, Tallahassee, FL 32301 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**
>
> **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

    Debtor, Tanaka Latrice Wooden, hereby moves for an order approving settlement between Debtor and a 3rd party, and states the following:

    1.    Debtor filed the instant bankruptcy petition on October 3, 2022.

    2.    Tanaka Latrice Wooden was involved in a pre-petition vehicle accident and sustained bodily injury.

3. Said accident claim is identified in Debtor's Schedules A/B and referenced in the Part 8 of the confirmed plan.

4. All proceeds obtained as a result of the accident are property of the bankruptcy estates and are not exempt.

5. The parties agreed to a settlement in the amount of $200,000.00 in exchange for release of all past, present, or future liability. A true and correct copy of the settlement statement is attached here to as Exhibit A.

6. The settlement proceeds are allocated as such:

   i. Attorney fees - $66,666.67 - Payable to Moody, Salzman, Lash & Locigno, P.A.

   ii. Costs- $495.16

   iii. Medical Liens - $15,905.74

   iv. Jeremy Wooden - $11,000.00

7. Debtor will receive a net recovery in the amount of $105,932.4.

8. All net proceeds of the settlement will be paid to the chapter 13 trustee for the benefits of the estate.

9. This settlement is in the best interest of the bankruptcy estate.

10. There is a chance that less will be obtained if the case is fully litigated to trial.

WHEREFORE, Debtor respectfully request that the proposed settlement be approved and for other reliefs deem just and proper.

Dated: June 7, 2023

RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Email: indiafootman@footmanlaw.com
Fla. Bar No. 105905

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on June 7, 2023 to the following person(s) at the email address(es) noted herein:

    Leigh A. Duncan
    ldhdock@earthlink.net , ldhtre@earthlink.net ; ldhadmin@earthlink.net

    United States Trustee
    USTPRegion21.TL.ECF@usdoj.gov

    Chad D. Heckman on behalf of Creditor Alliance Credit Union
    eservice@heckmanlawgroup.com

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on June 7, 2023 to:

Attached Mailing Matrix

Moody, Salzman, Lash & Locigno, P.A.
2770 NW 43rd Street, Suite A
Gainesville, FL 32606

/s/ India Footman
India Footman, Esq.
*Attorney for Debtor*

```
Label Matrix for local noticing         Alliance Credit Union                   Florida Dept. of Labor/Employment Security
1129-1                                  Heckman Law Group                       c/o Florida Dept. of Revenue
Case 22-10159-KKS                       P.O. Box 12492                          P.O. Box 6668
Northern District of Florida            Tallahassee, FL 32317-2492              Tallahassee, FL 32314-6668
Gainesville
Wed Jun  7 09:41:44 EDT 2023
Florida Dept. of Revenue                PRA Receivables Management, LLC         (p)UNITED STATES ATTORNEY'S OFFICE
Bankruptcy Unit                         PO Box 41021                            111 NORTH ADAMS STREET
P.O. Box 6668                           Norfolk, VA 23541-1021                  4TH FLOOR
Tallahassee, FL 32314-6668                                                      TALLAHASSEE FL 32301-7730


U.S. Securities & Exchange Commission   Tanaka Latrice Wooden                   *Alliance Credit Union
Atlanta Reg Office and Reorg            4035 NE 17th Terrace                    c/o Heckman Law Group
950 E Paces Ferry Rd NE Ste 900         Gainesville, FL 32609-2066              P.O. Box 12492
Atlanta, GA 30326-1382                                                          Tallahassee, FL 32317-2492


4021-A NE 2ND WAY                       Alachua County Tax Collector            Alliance Credit Union
Gainesville, Florida 32609-1732         5830 NW 34th Blvd.                      412 E. University Avenue
                                        Gainesville, FL 32653-2115              Gainesville, FL 32601-5452



Alliant Capital Management - HDH        American Express National Bank          Amex
C/O WEINSTEIN & RILEY, PS               c/o Becket and Lee LLP                  Correspondence/Bankruptcy
2001 WESTERN AVENUE, STE 400            PO Box 3001                             Po Box 981540
SEATTLE, WA 98121-3132                  Malvern  PA 19355-0701                  El Paso, TX 79998-1540


Ashley Funding Services, LLC            Avant/WebBank                           Avante USA Ltd.
Resurgent Capital Services              222 North Lasalle Street                3600 South Gessner Road
PO Box 10587                            Suite 1600                              Suite 225
Greenville, SC 29603-0587               Chicago, IL 60601-1112                  Houston, TX 77063-5357


Bank of America, N.A.                   (p)CREDIT FRESH                         Capital One
PO Box 673033                           200 CONTINENTAL DRIVE SUITE 401         Attn: Bnakruptcy
Dallas, TX 75267-3033                   NEWARK DE 19713-4337                    P.O. Box 30285
                                                                                Salt Lake City, UT 84130-0285


Choice Recovery                         Citibank, N.A.                          (p)CONTINENTAL FINANCE COMPANY
Attn: Banktruptcy                       c/o Quantum3 Group LLC                  PO BOX 3220
1105 Schrock Rd, Ste 700                PO Box 280                              BUFFALO NY 14240-3220
Columbu, OH 43229-1168                  Kirkland, WA  98083-0280



Credit Collections USA, LLC             Fedloan                                 Finwise Rise
Attn: Bankruptcy                        Attn: Bankruptcy                        Attention Bankruptcy
16 Distributor Drive, Ste 1             Po Box 69184                            Po Box 679900
Morgantown, WV 26501-7209               Harrisburg, PA 17106-9184               Dallas, TX 75267-9904


(p)FIRST NATIONAL BANK                  Hunter Warfield                         John Power, Alachua County Tax Collector
ATTN BANKRUPTCY                         Attention: Bankruptcy                   Attn: Misty Blackford
1500 S HIGHLINE AVE                     4620 Woodland Corporate Blvd            5830 NW 34th Blvd
SIOUX FALLS SD 57110-1003               Tampa, FL 33614-2415                    Gainesville, FL 32653-2115
```

Kevin Hoyes, as Personal Representative
Estate of Alexandria G. Hoyes
422 Flemings St.
Key West, FL 33040-6529

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lenny Credit, Inc/Grow Credit Inc.
Attn: Bankruptcy
1447 2nd Street
Santa Monica, CA 90401-3404

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

MoneyLion Technologies Inc.
PO Box 18248
Palatine, IL 60055-0001

MoneyLion, Inc
Attn: Bankruptcy Dept
P.O. Box 1547
Sandy, UT 84091-1547

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Feasterville-Trevose, PA 19053-6945

NetCredit
Attn: Bankruptcy
175 W. Jackson Blvd, Ste 1000
Chicago, IL 60604-2863

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell, NY 14219-2553

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
CKS Prime Investments LLC
PO Box 788
Kirkland, WA 98083-0788

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

Tom L. Copeland, Esq.
4675 Wolfe Rd.
Saint Augustine, FL 32092-0636

U.S. Small Business Administration
2 North 20th St., Suite 320
Birmingham, AL 35203-4002

U.S. Small Business Administration
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416-0005

Velocity Investments, Llc
Attn: Bankruptcy
1800 Route 34n, Suite 305
Wall, NJ 07719-9146

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

W.S.Badcock Corporation
Post Office Box 724
Mulberry,FL 33860-0724

Windfall Corporation
4021A NE 2nd Way
Gainesville, FL 32609-1732

Winfall Corporation
240 NW 76TH DRIVE
SUITE D
Gainesville, FL 32607-6656

United States Trustee +
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Leigh A. Duncan +
Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302-0646

Merrick B. Garland +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

| Secretary of the Treasury + | Internal Revenue Service + | Chad D. Heckman + |
| U.S. Treasury Department | P.O. Box 7346 | Heckman Law Group |
| 15th & Pennsylvania Ave. | Philadelphia, PA 19101-7346 | Attorneys and Counselors at Law |
| Washington, DC 20220-0001 | | P.O. Box 12492 |
| | | Tallahassee, FL 32317-2492 |

India Footman +
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301-3729

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| U.S. Attorney (Tallahassee Office) | CBW/CreditFresh | Continental Finance Co |
| 111 N. Adams Street | 200 Continental Drive | Attn: Bankruptcy |
| Fourth Floor | Suite 401 | 4550 Linden Hill Rd, Ste 4 |
| Tallahassee, FL 32301 | Newark, DE 19713 | Wilmington, DE 19808 |

| First National Bank/Legacy | Macys/fdsb | Portfolio Recovery Associates, LLC |
| Attn: Bankruptcy | Attn: Bankruptcy | POB 12914 |
| Po Box 5097 | 9111 Duke Boulevard | Norfolk VA 23541 |
| Sioux Falls, SD 57117 | Mason, OH 45040 | |

Vystar Credit Union
Attn: Bankruptcy
Po Box 45085
Jacksonville, FL 32232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   63
Bypassed recipients    1
Total                 64

FINAL ACCOUNTING and DISBURSAL STATEMENT for
Tanaka Latrice Wooden and Jeremy Wooden vs. Samantha O'Meara,
James O'Meara and Eric O'Meara
Date of Incident: March 26, 2019
Date of Settlement: March 24, 2023

File #9800

| | |
|---|---|
| Total Recovery: | $200,000.00 |
| Less: Attorney's Fees: (33 1/3% per contract) | -$66,666.67 |
| PI File Costs advanced (see attached): | -$495.16 |
| Pre-medical expenses recovery | $132,838.17 |
| Following amount to be held in trust pending resolution of the claims/liens:<br><br>FL Medical & Allergy (Dr. Raulerson) - $3,000.00<br>Orthopaedic Institute - $4,180.54<br>Orthopaedic Surgery Center - $1,054.06<br>Henderson Chiropractic - $2,000.00<br>SIMED - $858.64<br>Florida Blue - $4,342.94<br>Humana - $438.37<br>United Healthcare - $31.19 | -$15,905.74 |
| To the best of our knowledge, no amounts are owed to the following medical providers:<br><br>North Florida Regional Medical Center<br>Medicaid<br>Integrated Reg Lab Path Serv<br>Titan MRI<br>Envision | $0.00 |
| No amount will be paid to the following medical providers:<br><br>Gainesville Emergency Medical Associates (1)<br>Doctor's Imaging Group (1) | $0.00 |
| Settlement proceeds paid directly to Jeremy Wooden (consortium claim) Initials: _____ (TW) _____ (JW) | -$11,000.00 |
| Settlement proceeds to Tanaka Wooden will be paid to:<br>Leigh A. Duncan<br>Office of Chapter 13 Trustee<br>P.O. Box 646<br>Tallahassee, FL 32302<br>*Case No.: 22-10159-KKS*<br>                Initials: _____ (TW) _____ (JW) | $105,932.43 |

Upon verification of resolution of the above-referenced liens/claims, the balance remaining in trust will be paid to the undersigned clients, less any additional costs incurred in connection with the resolution of the lien, but no additional attorney's fees will be charged, provided, the liens/claims are resolved without litigation.

(1) A letter was sent to each of the above creditors footnoted above, requesting information regarding any amounts due to any such creditor(s) for health-related services provided in connection with injuries upon which this case is based. These creditors failed to respond adequately to our request for billing information. This does not mean that there is no money due and owing to such creditor(s), only that such bills are not being handled and satisfied as a part of this accounting. In the future, should the above footnoted creditors, or any other person or business representing such creditors contact clients about any bill still due to such creditors arising from treatment for injuries upon which client's claim in this case is based, the understand clients understand it will be the clients' responsibility to contact the undersigned lawyer, and once notified, the lawyer will make a reasonable effort, on behalf of the clients, to reach an agreeable resolution/settlement of the amount due, acceptable to both the clients and the creditor(s), but, since no funds are being withheld from the clients in this accounting, related to such bill(s), any agreed upon payment in satisfaction of any such bill(s) shall be the sole financial responsibility of the clients. No professional fees will be charged to the clients for handling such negotiations for the clients, but any costs incurred by the lawyers in doing so shall be reimbursed by the clients to the lawyers. In the event the negotiations fail to reach an agreeable settlement, and any creditor(s) then bring a legal action against the clients related to the debt, the clients will, in such case, be responsible to the undersigned attorney's firm for all attorney's fees and costs which shall be agreed to between the clients and the law firm prior to the firms engagement to represent the clients in such legal matter, or, the clients may elect to secure other counsel to represent the clients' interests in such legal proceedings.

Tanaka Wooden has represented that the only health insurance that she has had since the accident at issue in this case is the coverage provided by Florida Blue, United Healthcare, Humana and Medicaid. Therefore, any potential liens related to health insurance coverage other than the health insurance coverage provided by Florida Blue, United Healthcare, Humana and Medicaid are the sole responsibility of

the undersigned client, and the law firm of Moody, Salzman, Lash & Locigno, P.A. in no way represents that any arrangements for payment have been made, or that any other bills or liens have been or will be paid, other than those specifically listed above.

Tanaka Wooden represents that she is not Medicare eligible. Further, the undersigned client has no intention of applying for Medicare and/or Social Security Disability within the next thirty (30) months of the date indicated below.

The undersigned clients acknowledge that if they are receiving Social Security Disability or Social Security SSI benefits, Medicaid and/or other governmental benefits, and settle their claim, those Social Security Disability and/or SSI benefits, Medicaid and or other governmental benefits may cease, because such benefits are dependent upon the recipients having a relatively low amount of monetary assets, and this settlement could potentially place the clients in a position of having assets in excess of those allowed by the Medicare, Social Security, and/or other governmental benefit program asset value thresholds. The undersigned clients acknowledge that they have a duty to immediately report the amount of this settlement to Medicaid and/or the Social Security Administration, and possibly other governmental benefit programs, if they are receiving Medicaid, Social Security Disability and/or SSI benefits, and/or other governmental benefits. Further, the clients acknowledge an in-depth discussion about special needs trusts and acknowledge that they have been made aware that the law firm of Moody, Salzman, Lash & Locigno, P.A. does not prepare such trusts and has recommended that the clients seek the advice of a professional who prepares such trusts, as a proper special needs trust would avoid any loss by them of Medicaid, Social Security and possibly other government provided benefits. The undersigned clients acknowledge that they are aware of the potential consequences of not utilizing a special needs trust and settling their case, which is that, without the use of a special needs trust, Medicaid, Social Security Disability and/or SSI benefits, as well as certain other governmental provided benefits may be reduced or terminated entirely. The undersigned clients have nevertheless directed the law firm of Moody, Salzman, Lash & Locigno, P.A. to distribute net settlement proceeds to them alone, except for the payments to creditors above expressly directed, and acknowledge that if they fail to implement a special needs trust, that such is at the clients' own peril.

The insurance company for Samantha O'Meara, James O'Meara and Erin O'Meara, Florida Farm Bureau, has tendered $200,000.00 as full and final settlement of this case. By settling your case for $200,000.00 and releasing Samantha O'Meara, James O'Meara and Erin O'Meara, there is no possible way for you to seek any additional money from the above named tortfeasors or the tortfeasors' insurance company. By signing below you will confirm that you have been made aware of these issues, and have

elected to go ahead and totally release Samantha O'Meara, James O'Meara and Erin O'Meara, as well as their insurance company and/or estate, for your injuries, even if such a settlement may not fully compensate you for any and all injuries or damages which you sustained in this matter. Initial _____ (TW) _____ (JW)

      As you know, the tortfeasors, Samantha O'Meara, James O'Meara and Erin O'Meara have a $300,000.00 Bodily Injury liability insurance policy, and $1,000,000.00 umbrella policy, with Florida Farm Bureau, and you had a $10,000.00 Uninsured/Underinsured motorist policy with GEICO at the time of the March 26, 2019 accident. However, as we have discussed, since you are settling your case with Florida Farm Bureau for $200,000.00, as a practical matter, but not as a legal matter, your Uninsured/Underinsured Motorist claim has limited value, if any. The reason for this is that in order to obtain any recovery under your Uninsured/Underinsured Motorist policy with GEICO, you essentially would need to sue Florida Farm Bureau, and recover a jury verdict well in excess of the Bodily Injury limits, which may be difficult, if not impossible given the damages of the case. As a result, by signing below you confirm that you have directed us not to proceed with an Uninsured/Underinsured Motorist claim on your behalf and you have directed the undersigned law firm to close your file after the resolution of this Bodily Injury claim. Should you change your mind and wish to proceed with an Uninsured/Underinsured Motorist claim, please be advised that such must be done within the five year statute of limitations period which will expire on or about March 26, 2024. As you have directed our office not to proceed with an Uninsured/Underinsured Motorist claim our office will close our file after the resolution of your bodily injury claim and take no further action on your behalf as indicated above. Initials: _____ (TW) _____ (JW)

      The undersigned clients understand that, as married persons, any injured person's uninjured spouse is entitled to certain damages related to his or her injured spouse, or, if both persons who are married to one another are injured in an accident, each is entitled to an award for such spouse's personal injuries, as well as an award for loss of consortium for the injuries to each such person's spouse. If this case had been tried before a jury, the jury would assess the amount of damages to be awarded to the injured spouse, or to both spouses, if both were injured, and the amount of damages to be awarded to the injured party's spouse, or to both injured parties spouses, if both were injured, for such spouse's loss of consortium. Since this case is being settled and not tried by a jury, one can only guess as to the percentage of any award which would go to the injured party or parties for their individual bodily injuries, and what percentage of any award which might be allocated to one or both spouses for the loss of consortium of the other spouse. Therefore, upon the express direction of both spouses, this firm will pay the net proceeds of Jeremy Wooden's consortium claim directly to Jeremy Wooden.

This will certify that we, Tanaka Wooden and Jeremy Wooden have read, fully understand and approve all matters, financial and otherwise, in this Final Accounting and Disbursal statement.

APPROVED AND ACCEPTED ON THIS _____ DAY OF JUNE, 2023.


_____      _____
TANAKA LATRICE WOODEN               JEREMY WOODEN


MOODY, SALZMAN, LASH & LOCIGNO, P.A.

By:_____

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Stmt # Rate | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 9800.00 Wooden/Tanaka** | | | | | | | |
| 9800.00 | 05/29/2019 | 5 | P | 116 | | 6.80 | Excess Postage |
| 9800.00 | 06/17/2019 | 5 | P | 118 | | 5.03 | Medical Records from HCA Orange Park - Ciox Health (3 pgs) |
| 9800.00 | 07/09/2019 | 5 | P | 118 | | 6.50 | Medical Records from No. Fl. Reg. Medical Ctr - Ciox Health |
| 9800.00 | 07/17/2019 | 5 | P | 118 | | 13.00 | Medical Records from JAX- UF Health Shands in Gainesville -Iron Mountain |
| 9800.00 | 07/17/2019 | 5 | P | 118 | | 16.00 | Medical Records from SimedHealth LLC (16 pgs) |
| 9800.00 | 09/10/2019 | 5 | P | 118 | | 34.75 | Medical Records from Henderson Chiropractic (64 pg's) |
| 9800.00 | 02/24/2020 | 5 | P | 118 | | 24.67 | Medical Records (23) from the Orthopaedic Inst. - Sharecare Health Data Services, LLC |
| 9800.00 | 02/28/2020 | 5 | P | 118 | | 26.50 | Medical Records from Florida Medical & Allergy Centers (31 pgs) |
| 9800.00 | 05/01/2020 | 5 | P | 118 | | 13.00 | Medical Records from SimedHealth LLC (13 pages) |
| 9800.00 | 10/28/2020 | 5 | P | 116 | | 6.90 | Excess Postage (Notice letter - Medicaid) |
| 9800.00 | 11/09/2020 | 5 | P | 116 | | 6.90 | Excess Postage (Notice Letter - Humana) |
| 9800.00 | 01/07/2021 | 5 | P | 116 | | 6.90 | Excess Postage (Notice Letter - United HealthCare) |
| 9800.00 | 01/19/2022 | 5 | P | 132 | | 250.00 | Professional Consultation Fee on 2/11/22 with Dr Arthur Sharkey at The Orthopaedic Institute, P.A. |
| 9800.00 | 03/01/2022 | 5 | P | 116 | | 7.33 | Excess Postage (Notice Letter - Optum-UHC) |
| 9800.00 | 07/29/2022 | 5 | P | 118 | | 29.09 | Medical Records from Sharecare Health Data Services, LLC |
| 9800.00 | 09/02/2022 | 5 | P | 118 | | 20.99 | Medical Records from Sharecare Health Data Services, LLC |
| 9800.00 | 09/12/2022 | 5 | P | 118 | | 1.85 | Medical Records from Sharecare Health Data Services |
| 9800.00 | 10/07/2022 | 5 | P | 45 | | 10.85 | Mail Demand Letter |
| 9800.00 | 03/30/2023 | 5 | P | 116 | | 8.10 | Excess Postage - (CMRR 8.10 - UM Waiver Letter to GEICO) |

**Total for Client ID 9800.00**      Billable      495.16 Wooden/Tanaka
PI/AA - Samantha O'Meara

**GRAND TOTALS**

Billable      495.16